IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                    Plaintiff,         )<br>                                                              )<br>            vs.                                        )<br>                                                              )<br>SANTIAGO VELASQUEZ-LOPEZ,  )<br>                                                              )<br>                    Defendants.     )<br>                                                              ) | 8:13CR381<br><br>ORDER |

This matter is before the court on the defendants' motion to continue trial [56]. Defendant has failed to show good cause for a continuance .  The jury trial shall commence on July 22, 2014.

**IT IS ORDERED** that the motion to continue trial [56] is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order.  The objecting party must comply with all requirements of NECrimR 59.2.

**DATED July 16, 2014.**

                                        BY THE COURT:

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**