IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:13CR381** |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **SANTIAGO VELASQUEZ-LOPEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on defendant's unopposed motion to continue trial [64]  as counsel is waiting on paperwork from the Immigration Court.  The court finds good cause being shown and the trial shall be continued.  The defendant has previously complied with NECrimR 12.1(a).

      **IT IS ORDERED** that the motion to continue trial [64] is granted, as follows:

      1.  The jury trial now set for October 30, 2014 is continued to **January 13, 2015.**

      2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 13, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED October 23, 2014.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**