IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR381 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| SANTIAGO VELASQUEZ-LOPEZ, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's Motion For Dismissal (Filing No. 68). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Superseding Indictment (Filing No. 34), without prejudice, against the above-named Defendant.

IT IS ORDERED that:

1. The government's Motion For Dismissal (Filing No. 68) is granted without prejudice; and

2. The Defendant's Motion to Dismiss (Filing No 67) is denied as moot.

DATED this 14th day of November, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge